*United States v. Stewart,* 865 F.2d at 118. Because Hayes was convicted of conduct that ended in April 1986, the Guidelines plainly do not cover his sentence. Although Hayes was also charged with a conspiracy ending after November 1, 1987, he was not convicted of that offense.

 The sentence imposed does not violate Hayes's constitutional rights to due process and equal protection. "[T]here is absolutely no constitutional authority for the proposition that the perpetrator of a crime can claim the benefit of a later enacted statute which lessens the culpability level of that crime after it was committed." *United States v. Haines,* 855 F.2d 199, 200 (5th Cir.1988).

The judgment of the district court is *Affirmed.*

the supplemental memorandum in support thereof filed March 27, 1991, it is

ORDERED by the court that intervenors' petition for rehearing be denied. Intervenors' suggestion that the court's opinion of August 29, 1989 (883 F.2d 1079) be modified in light of the Supreme Court's recent decision in *Norfolk & Western Ry. v. American Train Dispatchers Ass'n,* —— U.S. ——, 111 S.Ct. 1156, 113 L.Ed.2d 95 (1991), is granted as follows:

At 883 F.2d at 1082, delete the second full paragraph beginning "Our recent decision in *Brotherhood of Railway Carmen....*", as well as the introductory phrase of the third paragraph, "Although that issue is squarely presented here, we find it inappropriate to consider the question because". Insert the following introductory phrase at the beginning of the third paragraph: "We find, however, that".

## RAILWAY LABOR EXECUTIVES ASSOCIATION, Petitioner,

v.

## INTERSTATE COMMERCE COMMISSION and United States of America, Respondents,

Missouri–Kansas–Texas Railroad Co., et al., Intervenors.

No. 88–1391.

United States Court of Appeals, District of Columbia Circuit.

April 11, 1991.

Before WALD and BUCKLEY, Circuit Judges, and ROBINSON,* Senior Circuit Judge.

## ORDER

PER CURIAM.

On consideration of intervenors' petition for rehearing filed October 12, 1989, and of

* *Senior Circuit Judge* ROBINSON did not partic-

## COMMITTEE IN SOLIDARITY WITH THE PEOPLE OF EL SALVADOR (CISPES), et al., Appellants,

v.

## William F. SESSIONS, Director, Federal Bureau of Investigation, et al., Appellees.

No. 90–5179.

United States Court of Appeals, District of Columbia Circuit.

Argued Feb. 20, 1991.

Decided April 12, 1991.

ipate in this matter.